UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tomas Garcia-Orihuela                           Civ. No. 17-292 (RHK/KMM)

                Plaintiff,

v.                                                                  **ORDER**

Ricardo Muro, Other
Unknown Police Officers
of the Minneapolis Police
Department, Minneapolis
Police Department, and
City of Minneapolis,

                Defendants.

---

This matter is before the court on the Report and Recommendation of United States Magistrate Judge Katherine M. Menendez dated September 5, 2017. (Docket No. 22.) In the R&R, Magistrate Judge Menendez recommends dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Plaintiff has not objected to the R&R, and the time period to do so has expired.

Accordingly, **IT IS HEREBY ORDERED that**

1. The R&R (Docket No. 22) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 28, 2017

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge